AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JL AUDIO, INC.<br><br>*Plaintiff(s)*<br>v.<br>GIASH U. KAZI a/k/a MIKE KAZI; MK FINANCIAL GROUP INC. d/b/a AUTO ACCESSORY WAREHOUSE and d/b/a CARAUDIOGIANTS.COM; and DOES 1-10<br>*Defendant(s)* | Civil Action No. 16-cv-0785 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MK Financial Group Inc. d/b/a Auto Accessory Warehouse and
d/b/a CarAudioGiants.com
327 E. Redlands Blvd.
San Bernardino, CA 92408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Raffi V. Zerounian              Brendan A. Quigley
Hanson Bridgett LLP             Hanson Bridgett LLP
555 S. Flower Street, Suite 650  425 Market Street, 26th Floor
Los Angeles, CA 90071           San Francisco, CA 94105

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                            _____
*Signature of Clerk or Deputy Clerk*