HANSON BRIDGETT LLP
RAFFI ZEROUNIAN (SBN 236388)
*rzerounian@hansonbridgett.com*
555 S. Flower St., Suite 650
Los Angeles, California 90071
Telephone: (415) 995-5044
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
JANIE THOMPSON (SBN 291622)
*jthompson@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
JL AUDIO, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JL AUDIO, INC., | CASE NO. 5:16-785-CAS (JEMx) |
|---|---|
| Plaintiff, | **APPLICATION FOR ENTRY OF DEFAULT** |
| v. | |
| GIASH U. KAZI a/k/a MIKE KAZI; MK FINANCIAL GROUP INC. d/b/a AUTO ACCESSORY WAREHOUSE and d/b/a CARAUDIOGIANTS.COM; and DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 55(a),Plaintiff JL Audio Inc. ("Plaintiff") respectfully asks the Court to enter default against Defendants Giash U. Kazi a/k/a Mike Kazi and MK Financial Group Inc. d/b/a Auto Accessory Warehouse and CarAudioGiants.com ("Defendant(s)").

On July 23, 2016, Plaintiff served Defendants with copies of the Civil Cover Sheet, Summons in a Civil Action, Complaint, and other related documents by hand delivery. (*See* Declaration of Raffi V. Zerounian in Support of Application for Entry of Default ("Zerounian Decl.") Exh. A; *see also* Dkt. Nos. 13 and 14.)  The deadline

APPLICATION FOR ENTRY OF DEFAULT

to respond was August 15, 2016. (Zerounian Decl. ¶4.) Neither Defendant has responded to the Complaint. (Zerounian Decl. ¶5.)

Defendants have not answered or otherwise responded to Plaintiff's Complaint (Dkt. No. 1), nor have they filed an appearance in this matter. (Zerounian Decl. ¶6.) Plaintiffs are informed and believe that neither Defendant is a minor or an incompetent person.

Accordingly, entry of default against all Defendants is proper pursuant to Rule 55(a).

DATED: August 23. 2016                    HANSON BRIDGETT LLP


By: /s/ Raffi Zerounian
RAFFI ZEROUNIAN

Attorneys for Plaintiff
JL AUDIO INC.

12664551.1

-2-                                    EDCV16-785-CAS (JEMx)

APPLICATION FOR ENTRY OF DEFAULT