HANSON BRIDGETT LLP
RAFFI ZEROUNIAN (SBN 236388)
*rzerounian@hansonbridgett.com*
555 S. Flower St., Suite 650
Los Angeles, California 90071
Telephone: (415) 995-5044
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
JANIE THOMPSON (SBN 291622)
*jthompson@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
JL AUDIO, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JL AUDIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIASH U. KAZI a/k/a MIKE KAZI; MK FINANCIAL GROUP INC. d/b/a AUTO ACCESSORY WAREHOUSE and d/b/a CARAUDIOGIANTS.COM; and DOES 1-10,<br><br>Defendants. | CASE NO. 5:16-785-CAS (JEMx)<br><br>**DECLARATION OF RAFFI V. ZEROUNIAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |
| --- | --- |

I, Raffi V. Zerounian, pursuant to 28 U.S.C. §1746, hereby declare the following:

1.    I am an attorney in the law firm of Hanson Bridgett LLP, counsel for Plaintiff JL Audio Inc. ("Plaintiff"). I have personal knowledge of the facts stated herein and could, if called a s a witness, testify competently as to them.

2.    On April 25, 2016, Plaintiff filed its Complaint in this matter against Defendants Giash U. Kazi aka Mike Kazi and MK Financial Group Inc. d/b/a Auto Accessory Warehouse and CarAudioGiants.com ("Defendant(s)").

3.    On July 23, 2016, Plaintiff served Defendants with copies of the Civil

12664553.1

5:16-785-CAS (JEMx)

DECLARATION OF RAFFI V. ZEROUNIAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

Cover Sheet, Summons in a Civil Action, Complaint, and other related documents by hand delivery.  See Exh. A.

4.      Based on the July 23, 2016, service date, Defendants had until August 15, 2016, to file a responsive pleading to the Complaint.

5.      Neither Defendant has responded to the Complaint, nor has either Defendant filed an appearance in this matter.

6.      To Plaintiff's knowledge, neither Defendant is a minor, an incompetent person, or in military service.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angeles, California on August 23, 2016.

Raffi V. Zerounian

12664553.1

-2-

5:16-785-CAS (JEMx)

DECLARATION OF RAFFI V. ZEROUNIAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

# EXHIBIT A

**BRENDAN A. QUIGLEY  SBN:  281427
HANSON BRIDGETT LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
(415) 777-3200**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| JL AUDIO, INC. | **CASE NUMBER:**<br>**5:16-CV-00785-CAS-JEMx** |
| v.<br><br>GIASH U. KAZI ETC., ET AL. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☒ summons     ☐ first amended complaint     ☐ third party complaint
       ☒ complaint     ☐ second amended complaint     ☐ counter claim
       ☐ alias summons     ☐ third amended complaint     ☐ cross claim
       ☒ other **SEE ATTACHED DOCUMENT LIST**

2. Person served:

   a. ☒ Defendant *(name:)* MK FINANCIAL GROUP INC. D/B/A AUTO ACCESSORY WAREHOUSES AND D/B/A
         CARAUDIOGIANTS.COM
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
         GIASH KAZI – REGISTERED AGENT FOR SERVICE OF PROCESS
   c. ☒ Address where the papers were served: 22730 RAVEN WAY
                                        GRAND TERRACE, CA 92313

3. Manner of Service in compliance with *(the appropriate box must be checked):*

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure
4. I served the person named in Item 2:

   a. ☒ By Personal Service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

       1. ☒ Papers were served on *(date):* 07/23/2016 at *(time):*  09:26 am

   b. ☐ By Substituted Service. By leaving copies:

       1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

       2. ☐ (business) or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

       3. ☐ Papers were served on *(date):* at *(time):*

       4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

       5. ☐ papers were mailed on

       6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

   c. ☐ Mail and acknowledgment of service. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of summons and Complaint).

**Nationwide Legal, LLC  (12-234648)**
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
Phone: (714) 558-2400    Fax: (714) 558-2401

Continued from Proof of Service

**CASE #:**    5:16-CV-00785-CAS-JEMx                    **DATE:** August 3, 2016

**CASE NAME:**    JL AUDIO, INC. VS. GIASH U. KAZI ETC., ET AL.

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT FOR TRADEMARK**

**CERTIFICATION AND NOTICE ON INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**NOTICE TO COUNSEL**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

NATIONWIDE **CHRISTIAN CANAS**
**Nationwide Legal, LLC  (12-234648)**
**859 HARRISON STREET, SUITE A**
**SAN FRANCISCO, CA 94107**
**(714) 558-2400**

a. Fee for service: $ .00

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
   Registration # :1328
   County: SAN BERNARDINO

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **August 3, 2016**          **CHRISTIAN CANAS**
                                 *Type or Print Server's Name*                    *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CM/ECF - California Central District                                                    Page 1 of 1

# Service/Waivers of Summons and Complaints :

5:16-cv-00785-CAS-JEM JL Audio Inc
v. Kazi et al

ACCO,
(JEMx),AO120,DISCOVERY,MANADR

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Zerounian, Raffi on 8/4/2016 at 2:28 PM PDT and filed on 8/4/2016

**Case Name:**      JL Audio Inc v. Kazi et al
**Case Number:**    5:16-cv-00785-CAS-JEM
**Filer:**          JL Audio Inc
**Document Number:** 13

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff JL Audio Inc, upon Defendant MK Financial Group Inc. served on 7/23/2016, answer due 8/15/2016. Service of the Summons and Complaint were executed upon Giash Kazi, Registered Agent for Service of Process in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Zerounian, Raffi)**

**5:16-cv-00785-CAS-JEM Notice has been electronically mailed to:**

Brendan A Quigley     bquigley@hansonbridgett.com

Raffi Vaheh Zerounian     rzerounian@hansonbridgett.com, calendarclerk@hansonbridgett.com, lprongos@hansonbridgett.com

**5:16-cv-00785-CAS-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS Summons Complaint - MK Financial.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/4/2016] [FileNumber=21948268-0]
[a9bf87f74fe351fe6d7e3f7dad68beed31f7a24b04337799b528e76bae1a3a840eaa
2f375ff277e8e442a551ab875030e630b052a3f099f90f4a944e9914406b]]

**BRENDAN A. QUIGLEY  SBN: 281427**
**HANSON BRIDGETT LLP**
**425 MARKET STREET, 26TH FLOOR**
**SAN FRANCISCO, CA 94105**
**(415) 777-3200**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JL AUDIO, INC. | **CASE NUMBER:**<br>**5:16-CV-00785-CAS-JEMx** |
| v. | |
| GIASH U. KAZI, ETC., ET AL. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>*(Use separate proof of service for each person/party served)* |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ summons ☐ first amended complaint ☐ third party complaint
   ☒ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☒ other **SEE ATTACHED DOCUMENT LIST**

2. **Person served:**

   a. ☒ Defendant *(name:)* **GIASH U. KAZI A/K/A MIKE KAZI**
   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☒ Address where the papers were served: **22730 RAVEN WAY**
   **GRAND TERRACE, CA 92313**

3. **Manner of Service** in compliance with *(the appropriate box* must *be checked):*

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. **I served the person named in Item 2:**

   a. ☒ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☒ Papers were served on *(date):* **07/23/2016** at *(time):* **09:26 am**

   b. ☐ **By Substituted Service.** By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☐ **Papers were served on** *(date):* at *(time):*

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☐ **papers were mailed on**

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**Nationwide Legal, LLC (12-234648)**
859 Harrison St., STE A
San Francisco, CA 94107
Phone: (415) 351-0400    Fax: (415) 351-0407

Continued from Proof of Service

**CASE #:**    5:16-CV-00785-CAS-JEMx                    **DATE:** July 27, 2016

**CASE NAME:**    JL AUDIO, INC. VS. GIASH U. KAZI, ETC., ET AL.

**SUMMONS**

**COMPLAINT**

**CIVIL COVER SHEET**

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

**NOTICE TO COUNSEL**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

Order#: 3344866HS/DocAtt2010

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*  at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

NATIONWIDE LEGAL  **CHRISTIAN CANAS**
Nationwide Legal, LLC (12-234648)
859 Harrison St., STE A
San Francisco, CA 94107
(415) 351-0400

a. Fee for service: $ .00

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server
   Registration # :**1328**
   County: **SAN BERNARDINO**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **July 27, 2016**    _____**CHRISTIAN CANAS**_____    _____
                                 *Type or Print Server's Name*                      *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

# Service/Waivers of Summons and Complaints :

5:16-cv-00785-CAS-JEM JL Audio Inc
v. Kazi et al

ACCO,
(JEMx),AO120,DISCOVERY,MANADR

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Zerounian, Raffi on 8/4/2016 at 2:31 PM PDT and filed on 8/4/2016

**Case Name:**      JL Audio Inc v. Kazi et al
**Case Number:**    5:16-cv-00785-CAS-JEM
**Filer:**          JL Audio Inc
**Document Number:** 14

**Docket Text:**
**PROOF OF SERVICE Executed by Plaintiff JL Audio Inc, upon Defendant Giash U. Kazi served on 7/23/2016, answer due 8/15/2016. Service of the Summons and Complaint were executed upon Giash U. Kazi aka Mike Kazi, an individual in compliance with Federal Rules of Civil Procedure by personal service.Original Summons NOT returned. (Zerounian, Raffi)**

**5:16-cv-00785-CAS-JEM Notice has been electronically mailed to:**

Brendan A Quigley      bquigley@hansonbridgett.com

Raffi Vaheh Zerounian      rzerounian@hansonbridgett.com, calendarclerk@hansonbridgett.com, lprongos@hansonbridgett.com

**5:16-cv-00785-CAS-JEM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\POS Summons Complaint - Mike Kazi.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/4/2016] [FileNumber=21948301-0]
[5f7bdeb149291351f5cd90197c00acad36d4939bde30f9d0a1bfe98c048564794b70
983f91790f42b310f9a6e99bed48f4351f772801ad074d4c7650a0559684]]