HANSON BRIDGETT LLP
RAFFI ZEROUNIAN (SBN 236388)
*rzerounian@hansonbridgett.com*
555 S. Flower St., Suite 650
Los Angeles, California 90071
Telephone:  (415) 995-5044
Facsimile:   (415) 541-9366

HANSON BRIDGETT LLP
JANIE THOMPSON (SBN 291622)
*jthompson@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
JL AUDIO, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL AUDIO, INC., | CASE NO. 5:16-785-CAS (JEMx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| GIASH U. KAZI a/k/a MIKE KAZI; MK FINANCIAL GROUP INC. d/b/a AUTO ACCESSORY WAREHOUSE and d/b/a CARAUDIOGIANTS.COM; and DOES 1-10, | |
| Defendants. | |

12664577.1

-1-

5:16-785-CAS (JEMx)

PROOF OF SERVICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On August 23, 2016, I served true copies of the following document(s) described as:

1.    **APPLICATION FOR ENTRY OF DEFAULT; and**

2.    **DECLARATION OF RAFFI V. ZEROUNIAN IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

on the interested parties in this action as follows:

Giash U. Kazi                                  *Defendant*
22730 Raven Way
Grand Terrace. CA 92313

MK Financial Group                        *Defendant*
Giash U. Kazi
327 E. Redlands Blvd.
San Bernardino. CA 92408

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hanson Bridgett LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2016, at San Francisco, California.

_____
Monica Magana

12664577.1

-2-                                                    EDCV16-785-CAS (JEMx)

PROOF OF SERVICE