HANSON BRIDGETT LLP
RAFFI ZEROUNIAN (SBN 236388)
*rzerounian@hansonbridgett.com*
555 S. Flower St., Suite 650
Los Angeles, California 90071
Telephone: (415) 995-5044
Facsimile: (415) 541-9366

HANSON BRIDGETT LLP
JANIE THOMPSON (SBN 291622)
*jthompson@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Plaintiff
JL AUDIO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL AUDIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GIASH U. KAZI a/k/a MIKE KAZI; MK FINANCIAL GROUP INC. d/b/a AUTO ACCESSORY WAREHOUSE and d/b/a CARAUDIOGIANTS.COM; and DOES 1-10,<br><br>Defendants. | CASE NO. 5:16-785-CAS (JEMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: September 18, 2017<br>Time: 10:00 am<br>Dept: 8D<br>Judge: Hon. Christina A. Snyder |

Plaintiff JL Audio, Inc. ("Plaintiff") has moved the Court for entry of default judgment against Defendant MK Financial Group Inc. d/b/a Auto Accessory Warehouse ("Defendant") and asks this Court for a permanent injunction.

Plaintiff having appeared by its counsel, the motion for default judgment having been fully briefed, the Court having duly considered the papers, relevant authorities, and supporting documents, and good cause appearing therefor, the Court hereby enters final judgment against Defendant and ORDERS, ADJUDGES, and DECREES that:

Plaintiff's Motion for Default Judgment is GRANTED.

It is further ORDERED that:

Defendant, its officers, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms, or corporations in active concert or participation with Defendant who receive notice hereof, including but not limited to all subsidiaries, affiliates, licensees, employees, or assigns of Defendant, be permanently enjoined from:

1. directly or indirectly infringing the JL AUDIO Mark in any manner, and specifically:
   a) using the JL AUDIO Mark, or any reproduction, counterfeit, copy, or colorable imitation of the JL AUDIO Mark, in connection with the offering, promotion, marketing, or sale of any non-genuine JL Audio product or JL Audio product not in its original product packaging;
   b) promoting, marketing, advertising, offering for sale, or selling any counterfeit JL Audio goods;
   c) applying the JL AUDIO Mark, or any reproduction, counterfeit, copy or colorable imitation of the JL AUDIO Mark, to any advertisement, website, point of purchase materials, catalogue, brochure, sign, print, press release, or other material used in connection with the promotion, sale and/or offering for sale of any non-genuine JL Audio products;
2. using any mark that is confusingly similar to the JL AUDIO Mark in connection with the manufacture, promotion, sale and/or offering for sale of any non-genuine JL Audio products;
3. engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive consumers, to believe that Defendant or any JL Audio merchandise not in its original product packaging is sponsored,

        approved, or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

    4. affixing, applying, annexing, or using in connection with the promotion, advertising, sale, and/or offering for sale of any non-genuine JL Audio products or JL Audio products not in its original product packaging a false description or representation or misleading statement of fact that misrepresents the nature, qualities, characteristics, standard, grade, style, or model of such goods or services, including but not limited to, by falsely representing that such products are genuine JL Audio products sold in their original product packaging; and

    5. selling any JL Audio products without the original JL Audio barcode, or any such products whose barcodes have been concealed, removed, or otherwise altered in any way, or any JL Audio products that contains a barcode or JL Audio logo other than those originally affixed by JL Audio.

This Court retains jurisdiction for purposes of enforcing the injunction.

DATED: September 19, 2017

_Christina A. Snyder_
Honorable Christina A. Snyder
United States District Court Judge